No. 67947.—Lyons Transport et al. v. United States, protests 58/31–9580, etc. (Chicago).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that certain items of the merchandise consist of marble slabs similar in all material respects to those the subject of *Lyons Transport* v. *United States* (41 Cust. Ct. 278, C.D. 2052), the claim of the plaintiffs was sustained.